| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ANDREA SILVERMAN, PC (AS5218)<br>150 River Road,<br>Unit O2B<br>Montville, NJ 07045<br>Phone: 973-794-3960<br>Attorney for Debtor | Order Filed on June 24, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>    Joseph McNally, Jr.<br><br><br>                          Debtor(s) | Case No.    18-29423<br><br>Chapter:    13<br><br>Hearing Date:    June 20, 2019 @ 2:30 p.m.<br><br>Judge: Hon. Kathryn C. Ferguson |

**ORDER GRANTING PRE-CONFIRMATION CHAPTER 13 FEES**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: June 24, 2019**

_/s/ Kathryn C. Ferguson_
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page:  2
Debtors: Joseph McNally
Case No. 18-29423
Caption:  Order Granting Pre-Confirmation Chapter 13 Fees

_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Andrea Silverman, Esq., is allowed of fee of $9,694.50 for additional services and $302.00 for disbursements for a total of $9,996.50 less previously received retainer of $5,800.00 for a total due of $4,196.50.  The allowance shall be payable:

_____X____        through the Chapter 13 plan as an administrative priority .


_____        outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall be $3,115.00 per month for the remaining 51 months, including applicable Trustee commissions, and it further;

**ORDERED**, that should this case terminate due to dismissal, or for any reason other than conversion, Albert Russo, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.