**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREA SILVERMAN, PC (AS5218)
150 River Road,
Unit O2B
Montville, NJ 07045
Phone: 973-794-3960
Attorney for Debtor

Order Filed on June 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Joseph McNally, Jr.

               Debtor(s)

Case No.  18-29423

Chapter:  13

Hearing Date:  June 20, 2019 @ 2:30 p.m.

Judge: Hon. Kathryn C. Ferguson

### ORDER GRANTING PRE-CONFIRMATION CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: June 24, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Page:   2
Debtors: Joseph McNally
Case No. 18-29423
Caption:  Order Granting Pre-Confirmation Chapter 13 Fees

_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Andrea Silverman, Esq., is allowed of fee of $9,694.50 for additional services and $302.00 for disbursements for a total of $9,996.50 less previously received retainer of $5,800.00 for a total due of $4,196.50.  The allowance shall be  payable:

_____X_____         through the Chapter 13 plan as an administrative priority .


_____         outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall be $3,115.00 per month for the remaining 51 months, including applicable Trustee commissions, and it further;

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Albert Russo, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-29423-KCF
Joseph F. McNally, Jr.                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1           Date Rcvd: Jun 24, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
db              +Joseph F. McNally, Jr.,   30 Colby Lane,    Hazlet, NJ 07730-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
              Allison J. Kiffin    on behalf of Creditor    Affinity Federal Credit Union
               collections@peterliska.com
              Andrea Silverman    on behalf of Debtor Joseph F. McNally, Jr. court@andreasilvermanlaw.com,
               r62214@notify.bestcase.com
              Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WF1
               craig.keiser@phelanhallinan.com
              Denise E. Carlon    on behalf of Creditor    US Bank National Association, as Trustee for Citigroup
               Mortgage Loan Trust Inc., Asset Backed Pass Through Ceritifcates, Series 2005-WF1
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    US Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust Inc., Asset Backed Pass Through Ceritifcates, Series 2005-WF1
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WF1
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Loss Mitigation    Wells Fargo Home Mortgage nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10