Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                                  Case No.: 18−29423−MBK  
                                  Chapter: 13  
                                  Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Joseph F. McNally Jr.  
   aka Joseph F McNally  
   30 Colby Lane  
   Hazlet, NJ 07730

Social Security No.:  
   xxx−xx−8137

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       11/13/19  
Time:      02:00 PM  
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)  
Andrea Silverman, Debtor's Attorney

COMMISSION OR FEES  
fee: $4387.50

EXPENSES  
$304.80

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 9, 2019
JAN: kmf

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 18-29423-MBK
Joseph F. McNally, Jr.                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2          Date Rcvd: Oct 09, 2019
                              Form ID: 137               Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db              +Joseph F. McNally, Jr.,    30 Colby Lane,    Hazlet, NJ 07730-2306
cr              +Affinity Federal Credit Union,    Affinity Federal Credit Union,    c/o Peter J. Liska, LLC,
                  766 Shrewsbury Avenue,    Tinton Falls, NJ 07724-3001
cr               CAB East LLC, serviced by Lincoln Automotive Finan,    P.O. Box 62180,    Colorado Springs, NJ
cr              +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CIT,    Phelan Hallinan&Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
lm               Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
518223401       +Affinity Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                  Tinton Falls, NJ 07724-3001
517806489       +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
517794300       +Lincoln Automotive Financial Services,    PO BOX 62180,    COLORADO SPRINGS, CO 80962-2180
517791901        Lincoln Automotive Financial Services,    Dept. 55953,    PO Box 55000,
                  Detroit, MI.  48255-0953
517842664       +Lincoln Automotive Financial Services,    BOX 220564,    Pittsburgh, PA 15257-2564
517785441       +Phelan Hallinan Diamond & Jones,    400 Fellowship Road, Ste 100,    Mount Laurel, NJ 08054-3437
517983224       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:  State of New Jersey,    Department of Treasury,
                   Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
518077556       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129-2386
518077557       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                  Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517881335        U.S. Bank National Association, Et.Al.,    Wells Fargo Bank, N.A.,    Default Document Processing,
                  N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
517785442        Wells Fargo Home Morgage,    PO Box 14111,    Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Oct 10 2019 01:03:08     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 10 2019 01:03:05     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517852463       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Oct 10 2019 01:03:41
                  Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
517816483        E-mail/Text: cio.bncmail@irs.gov Oct 10 2019 01:02:33     IRS,    POB 7346,
                  Philadelphia, PA  19101-7346
517786394       +E-mail/PDF: gecsedi@recoverycorp.com Oct 10 2019 01:10:06     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517842663        Josephine McNally
517854210*      +Hyundai Lease Titling Trust,    PO Box 20809,    Fountain Valley, CA 92728-0809
517785440*       Internal Revenue Service,    SBSE/Insolvency Unit of the IRS,    PO Box 330500-Stop 15,
                  Detroit, MI 48232
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                             Signature:   /s/Joseph Speetjens

```
District/off: 0312-3            User: admin              Page 2 of 2              Date Rcvd: Oct 09, 2019
                                Form ID: 137             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:

```
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Allison J. Kiffin    on behalf of Creditor   Affinity Federal Credit Union
           collections@peterliska.com
          Andrea    Silverman    on behalf of Debtor Joseph F. McNally, Jr. court@andreasilvermanlaw.com,
           r62214@notify.bestcase.com
          Craig Scott Keiser    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WF1
           craig.keiser@law.njoag.gov
          Denise E. Carlon    on behalf of Creditor   US Bank National Association, as Trustee for Citigroup
           Mortgage Loan Trust Inc., Asset Backed Pass Through Ceritifcates, Series 2005-WF1
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor   CAB East LLC, serviced by Lincoln Automotive
           Financial Services ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor   US Bank National Association, as Trustee for
           Citigroup Mortgage Loan Trust Inc., Asset Backed Pass Through Ceritifcates, Series 2005-WF1
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Nicholas V. Rogers    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
           CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WF1
           nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Loss Mitigation   Wells Fargo Home Mortgage nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```