Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−29423−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Joseph F. McNally Jr.
aka Joseph F McNally
30 Colby Lane
Hazlet, NJ 07730

Social Security No.:
xxx−xx−8137

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 12/3/19 at 09:00 AM

to consider and act upon the following:

*73* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 11/11/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 11/5/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court