Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–29423–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph F. McNally Jr.
   aka Joseph F McNally
   30 Colby Lane
   Hazlet, NJ 07730

Social Security No.:
   xxx–xx–8137

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 12/3/19 at 09:00 AM

to consider and act upon the following:

*73* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 11/11/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 11/5/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-29423-MBK
Joseph F. McNally, Jr.                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Nov 05, 2019
                              Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2019.
db              +Joseph F. McNally, Jr.,    30 Colby Lane,    Hazlet, NJ 07730-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Allison J. Kiffin   on behalf of Creditor    Affinity Federal Credit Union
               collections@peterliska.com
              Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WF1
               craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    US Bank National Association, as Trustee for Citigroup
               Mortgage Loan Trust Inc., Asset Backed Pass Through Ceritifcates, Series 2005-WF1
               dcarlon@kmllawgroup.com,     bkgroup@kmllawgroup.com
              Jenee K. Ciccarelli    on behalf of Debtor Joseph F. McNally, Jr. info@jc-lawpc.com,
               nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Lincoln Automotive
               Financial Services ecfmail@mortoncraig.com,     mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    US Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust Inc., Asset Backed Pass Through Ceritifcates, Series 2005-WF1
               kmcdonald@kmllawgroup.com,     bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WF1
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Loss Mitigation    Wells Fargo Home Mortgage nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11