**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

---

ANDREA SILVERMAN, PC (AS5218)
150 River Road,
Unit O2B
Montville, NJ 07045
Phone: 973-794-3960
Attorney for Debtor

Order Filed on November 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph F McNally, Jr.

Debtor(s)

Case No.    18-29423

Chapter:    13

Hearing Date:    November 5, 2019 @ 2:00 p.m.

Judge: Hon. Michael B. Kaplan

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: November 14, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:   2
Debtors: Joseph McNally
Case No. 18-29423-MBK
Caption:  Order Granting Supplemental Chapter 13 Fees
_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Andrea Silverman, Esq., is allowed of fee of $4,387.50 for additional services and $304.80 for disbursements for a total of $4,692.30.  The allowance shall be  payable:


_____X_____          through the Chapter 13 plan as an administrative priority .


_____          outside the Chapter 13 plan.


**ORDERED**, that Debtor's Plan payment shall remain unchanged, and it is further;

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than

conversion, Albert Russo, Chapter 13 Trustee, shall pay this amount to the Movant before releasing

any monies to the Debtor.