**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

ANDREA SILVERMAN, PC (AS5218)
150 River Road,
Unit O2B
Montville, NJ 07045
Phone: 973-794-3960
Attorney for Debtor

Order Filed on November 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Joseph F McNally, Jr.

               Debtor(s)

Case No.    18-29423

Chapter:    13

Hearing Date:    November 5, 2019 @ 2:00 p.m.

Judge: Hon. Michael B. Kaplan

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: November 14, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page:   2
Debtors: Joseph McNally
Case No. 18-29423-MBK
Caption:  Order Granting Supplemental Chapter 13 Fees

_____

The applicant, Andrea Silverman, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Andrea Silverman, Esq., is allowed of fee of $4,387.50 for additional services and $304.80 for disbursements for a total of $4,692.30.  The allowance shall be payable:

_____X____        through the Chapter 13 plan as an administrative priority .

_____        outside the Chapter 13 plan.

**ORDERED**, that Debtor's Plan payment shall remain unchanged, and it is further;

**ORDERED**, that should this case terminate due to dismissal,  or for any  reason other than conversion, Albert Russo, Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph F. McNally, Jr.  
    Debtor

Case No. 18-29423-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 15, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.  
db            +Joseph F. McNally, Jr.,   30 Colby Lane,    Hazlet, NJ 07730-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:

       Albert    Russo    docs@russotrustee.com  
       Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
       Allison J. Kiffin    on behalf of Creditor    Affinity Federal Credit Union collections@peterliska.com  
       Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WF1 craig.keiser@law.njoag.gov  
       Denise E. Carlon    on behalf of Creditor    US Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Asset Backed Pass Through Ceritfcates, Series 2005-WF1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Jenee K. Ciccarelli    on behalf of Debtor Joseph F. McNally, Jr. info@jc-lawpc.com, nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com  
       John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Lincoln Automotive Financial Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Kevin Gordon McDonald    on behalf of Creditor    US Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Asset Backed Pass Through Ceritfcates, Series 2005-WF1 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WF1 nj.bkecf@fedphe.com  
       Nicholas V. Rogers    on behalf of Loss Mitigation    Wells Fargo Home Mortgage nj.bkecf@fedphe.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                          TOTAL: 11