Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 18−29423−MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph F. McNally Jr.
   aka Joseph F McNally
   30 Colby Lane
   Hazlet, NJ 07730

Social Security No.:
   xxx−xx−8137

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/3/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 3, 2019
JAN: ckk

                                                        Jeanne Naughton
                                                        Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                                  Case No. 18-29423-MBK
Joseph F. McNally, Jr.                                                  Chapter 13
        Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Dec 03, 2019
                              Form ID: 148             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db            +Joseph F. McNally, Jr.,    30 Colby Lane,    Hazlet, NJ 07730-2306
cr            +Affinity Federal Credit Union,     Affinity Federal Credit Union,    c/o Peter J. Liska, LLC,
                766 Shrewsbury Avenue,    Tinton Falls, NJ 07724-3001
cr             CAB East LLC, serviced by Lincoln Automotive Finan,     P.O. Box 62180,   Colorado Springs, NJ
cr            +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CIT,     Phelan Hallinan&Schmieg, PC,
                400 Fellowship Road,   Suite 100,    Mt. Laurel, NJ 08054-3437
518223401     +Affinity Federal Credit Union,     c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                Tinton Falls, NJ 07724-3001
517806489     +Hyundai Lease Titling Trust,     PO Box 20825,   Fountain Valley, CA 92728-0825
517785441     +Phelan Hallinan Diamond & Jones,     400 Fellowship Road, Ste 100,   Mount Laurel, NJ 08054-3437
517983224    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,      Department of Treasury,
                Division of Taxation,    PO Box 245,   Trenton, NJ 08695-0245)
518077556     +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
518077557     +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517881335      U.S. Bank National Association, Et.Al.,     Wells Fargo Bank, N.A.,    Default Document Processing,
                N9286-01Y,   1000 Blue Gentian Road,    Eagan MN 55121-7700
517785442      Wells Fargo Home Morgage,    PO Box 14111,    Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 00:18:58     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 00:18:52     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
lm             EDI: WFFC.COM Dec 04 2019 04:38:00      Wells Fargo Home Mortgage,   PO Box 14411,
                Des Moines, IA  50306-3411
517852463     +EDI: HY11.COM Dec 04 2019 04:38:00      Hyundai Lease Titling Trust,   PO Box 20809,
                Fountain Valley, CA 92728-0809
517816483      EDI: IRS.COM Dec 04 2019 04:38:00      IRS,   POB 7346,   Philadelphia, PA 19101-7346
517791901      EDI: FORD.COM Dec 04 2019 04:38:00      Lincoln Automotive Financial Services,   Dept. 55953,
                PO Box 55000,   Detroit, MI. 48255-0953
517794300     +EDI: FORD.COM Dec 04 2019 04:38:00      Lincoln Automotive Financial Services,   PO BOX 62180,
                COLORADO SPRINGS, CO 80962-2180
517842664     +EDI: FORD.COM Dec 04 2019 04:38:00      Lincoln Automotive Financial Services,   BOX 220564,
                Pittsburgh, PA 15257-2564
517786394     +EDI: RMSC.COM Dec 04 2019 04:38:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517842663      Josephine McNally
517854210*    +Hyundai Lease Titling Trust,    PO Box 20809,   Fountain Valley, CA 92728-0809
517785440*     Internal Revenue Service,    SBSE/Insolvency Unit of the IRS,   PO Box 330500-Stop 15,
                Detroit, MI 48232
                                                                                  TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Dec 03, 2019
                              Form ID: 148             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Allison J. Kiffin    on behalf of Creditor    Affinity Federal Credit Union
               collections@peterliska.com
              Craig Scott Keiser    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WF1
               craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    US Bank National Association, as Trustee for Citigroup
               Mortgage Loan Trust Inc., Asset Backed Pass Through Ceritfcates, Series 2005-WF1
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jenee K. Ciccarelli    on behalf of Debtor Joseph F. McNally, Jr. info@jc-lawpc.com,
               nadiafinancial@gmail.com;k.jr76568@notify.bestcase.com
              John R. Morton, Jr.    on behalf of Creditor    CAB East LLC, serviced by Lincoln Automotive
               Financial Services ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    US Bank National Association, as Trustee for
               Citigroup Mortgage Loan Trust Inc., Asset Backed Pass Through Ceritfcates, Series 2005-WF1
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CITIGROUP MORTGAGE LOAN TRUST INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2005-WF1
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Loss Mitigation    Wells Fargo Home Mortgage nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```