Caption in Compliance with D.N.J. LBR 9004-2(c)
49424
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Lincoln Automotive Financial Services, servicer for CAB EAST LLC

Order Filed on December 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOSEPH F. MCNALLY, JR.

Case No.: 18-29423

Adv. No.:

Hearing Date: 10-15-19

Judge: MBK

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: December 9, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Joseph F. McNally, Jr.
18-29423(MBK)
Order Providing for Monthly Payments for Stay Relief under Certain Circumstances
Page 2

This matter having been brought on before this Court on motion for stay relief and co-debtor stay relief filed by John R. Morton, Jr., Esq, attorney for Lincoln Automotive Financial Services, servicer for CAB EAST LLC, with the appearance of Andrea Silverman, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtor, his attorney and the non-filing co-debtor, Josephine McNally under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Lincoln Automotive Financial Services is the servicer for CAB EAST LLC, the owner and lessor of a 2016 Lincoln MKX bearing vehicle identification number 2LMTJ8KR5GBL89375 (hereinafter the "vehicle"), which vehicle is leased by the debtor and non-filing co-debtor.

2. The debtor shall make all lease payments to Lincoln Automotive Financial Services, servicer for CAB EAST LLC when due, being the 23rd day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Lincoln Automotive Financial Services, servicer for CAB EAST LLC shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor, his attorney and the non-filing co-debtor, Josephine McNally.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the lease. In the event of a lapse of insurance for any period of time without intervening coverage, Lincoln Automotive Financial Services, servicer for CAB EAST LLC shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor, his attorney and the non-filing co-debtor, Josephine McNally.

4. The debtor shall pay to Lincoln Automotive Financial Services, servicer for CAB EAST LLC through the plan, a counsel fee of $506 which shall be paid by the trustee as an administrative priority expense.

5. At the end of the lease, if the debtor has not immediately purchased the vehicle in accordance with the lease end purchase option, Lincoln Automotive Financial Services, servicer for CAB EAST LLC shall have immediate stay relief <u>shall receive immediate stay relief and co-debtor stay without any application to the Court or notice to the debtor, his attorney or the non-filing co-debtor, Josephine McNally and shall be permitted to immediately repossess and sell the vehicle.</u>